FIRST TRUST AND DEPOSIT COMPANY, Respondent, v. LOUIS L. HURWITZ et al., Appellants, Impleaded with Others.

Argued March 1, 1937; decided March 3, 1937.

*H. Duane Bruce* for motion.

*Benjamin E. Shove,* opposed.

Motion denied, with leave to renew on argument of case.